IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUSTIN GARDNER,<br><br>Petitioner,<br><br>vs.<br><br>TAGGART BOYD,<br><br>Respondent. | **8:21CV120**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on remand from the Eighth Circuit Court of Appeals, Filing No. 80, for a determination of whether to issue a certificate of appealability with respect to Petitioner's appeal of this Court's denial of his motion in this closed habeas case, in which the Court prohibited Petitioner from filing any future frivolous documents or motions in any of his closed cases. *See* Filing No. 74; Filing No. 75.

A certificate of appealability is required to appeal from "the final order in a habeas corpus proceeding" brought pursuant to 28 U.S.C. § 2254. 28 U.S.C. § 2253(c)(1); *see also* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b)(1). The standards for certificates (1) where the district court reaches the merits or (2) where the district court rules on procedural grounds are set forth in *Slack v. McDaniel*, 529 U.S. 473, 484–85 (2000).

In this case, Petitioner has failed to make a substantial showing of the denial of a constitutional right. The Court is not persuaded that the claims raised in Petitioner's motion are debatable among reasonable jurists, that a court could resolve the claims differently, or that the claims deserve further proceedings. Accordingly,

IT IS THEREFORE ORDERED that the Court will not issue a certificate of appealability in this case.

Dated this 8th day of October, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge